**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Robert Sacco, | ) | C.A. No.: 2:22-cv-04166-RMG-MHC |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF** |
| vs. | ) | **DISMISSAL,** |
| | ) | **WITH PREJUDICE** |
| City of Charleston, | ) | |
| Defendant. | ) | |

    Plaintiff Robert Sacco, by and through his undersigned counsel, and Defendant City of Charleston, by and through its undersigned counsel, having represented to the Court Plaintiff's desire to dismiss Defendant from this action, including all of the claims and causes of action against Defendant, <u>with prejudice</u>; it is hereby,

    STIPULATED, that Plaintiff's claims and causes of action against Defendant are dismissed, <u>with prejudice</u>, with each party to bear its own costs and attorneys' fees.

(signatures on following page)

1

        s/ Bob J. Conley
        Bob J. Conley (FID #6791)
        CLEVELAND & CONLEY, LLC
        171 Church Street, Suite 310
        Charleston, South Carolina 29401
        Telephone: (843) 577-9626
        bconley@clevelandlaborlaw.com

        ATTORNEY FOR DEFENDANT


        s/ Bonnie Travaglio Hunt
        Bonnie Travaglio Hunt (Federal ID #7760)
        HUNT LAW, L.L.C.
        P.O. Box 1845
        Goose Creek, South Carolina 29445
        Telephone: (843) 553-8709
        bthunt@huntlawllc.com

        ATTORNEY FOR PLAINTIFF

Charleston, South Carolina
May 31, 2024